UNITED STATES of America, Appellant, v. Lawrence N. AMADON, Appellee.

No. 253.

Circuit Court of Appeals, Second Circuit.

Feb. 15, 1937.

Joseph A. McNamara, U. S. Atty., of Burlington, Vt., Timothy A. Curtin, Atty., Department of Justice, of Boston, Mass., and Julius C. Martin, Wilbur C. Pickett, and Keith L. Seegmiller, all of Washington, D. C.

Searles & Graves, J. Rolf Searles, and Arthur L. Graves, all of St. Johnsbury, Vt., for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

UNITED STATES of America v. HYMAN MICHAELS COMPANY.

No. 6073.

Circuit Court of Appeals, Seventh Circuit.

Nov. 4, 1936.

Before EVANS, SPARKS, and AL-SCHULER, Circuit Judges.

PER CURIAM.

On petition of counsel for appellant; it is now here ordered and adjudged that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed.

The UNITED STATES v. Harvey E. MEREDITH.

No. 5813.

Circuit Court of Appeals, Seventh Circuit.

Oct. 21, 1936.

James R. Fleming, of Fort Wayne, Ind., for appellant.

Floyd O. Jellison and Lewis J. Murphy, both of South Bend, Ind., for the United States.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, counsel for appellee consenting thereto, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

UNITED STATES, Plaintiff-Appellee, v. Frank MIANO, Defendant-Appellant.

No. 263.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

Richard A. Grimm, of Buffalo, N. Y., for appellant.

George L. Grobe, U. S. Atty., of Buffalo, N. Y. (Robert M. Hitchcock, Asst. U. S. Atty., of Dunkirk, N. Y., of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.